**UNITED STATES DISTRICT COURT**        **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| BILLY HENRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:17-CV-16 |
| | § | |
| MARK ROBERTS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Billy Henry, an inmate at the Wainwright Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against numerous defendants.

The court referred this matter to the Honorable Christine Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On March 13, 2026, the magistrate judge recommended granting the Motion to Dismiss filed by Defendants Reeves, Turner, Allen, Wheat, and Gross (#95). On May 27, 2026, the magistrate judge recommended dismissing Plaintiff's claims against Defendants Roberts, Pipkins, Davis, McGinnis and Platt for failure to state a claim under screening (#100). To date, Plaintiff has not filed objections to either report.

The court received and considered both Reports and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Reports and Recommendation of the United States Magistrate judge (#95, #100) are **ADOPTED**.  A Final Judgment will be entered in this case in accordance with the magistrate judge's recommendations.[1]

SIGNED at Beaumont, Texas, this 29th day of June, 2026.

_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

---

[1]  In Plaintiff's Original Complaint, he also named G. Vaughn, Blake Lamb, Mohamad Sarheni and Melanie Alvarado as Defendants.  However, Plaintiff subsequently notified the court that he did not wish to proceed against these individuals.